24246.   HOBBS et al. v. NICHOLS et al.

SUBMITTED SEPTEMBER 14, 1967—DECIDED SEPTEMBER 21, 1967—
REHEARING DENIED OCTOBER 5, 1967.

*George P. Dillard, Herbert O. Edwards, Robert E. Mozley,*
for appellants.

*Rich, Bass, Kidd & Broome, Casper Rich,* for appellees.

GRICE, Justice.   The overruling of a general demurrer to a
petition seeking certain ad valorem tax relief is the judgment
for review here.   The petition was filed in the Superior Court of
DeKalb County by Donath Nichols and others, as citizens and
taxpayers, against Vernon E. Hobbs, R. Worley Field and
Thomas G. Smith, as tax assessors, and other state and county
officials.   It prayed, among other relief, that the 1967 DeKalb
County tax digest be declared void, that the State Revenue
Commissioner and the board of commissioners of roads and rev-
enues of the county be enjoined from levying any tax based upon
such digest, and that the county tax commissioner be enjoined
from collecting any taxes predicated upon it.

This petition, as we evaluate it, fails to set forth a cause of
action.

It is not necessary to assess the charges against the tax di-
gest.   We regard as fatal the plaintiffs' noncompliance with the
maxim that "He who would have equity must do equity." *Code*
§ 37-104.

The liability for 1967 taxes accrued on January 1, 1967. *Code*
§ 92-6202.   And the plaintiffs' petition, construed most strongly
against them as must be on general demurrer, admits that they
owe some amount of taxes to DeKalb County for 1967.   Yet,
nowhere in their petition do they allege payment or offer to pay
any 1967 taxes.

It is well settled that a taxpayer seeking tax relief must pay
or offer to pay the amount of taxes he admits to be due, in order

to obtain the relief sought. *Trust Investment &c. Co. v. City of Marietta,* 216 Ga. 788, 789 (119 SE2d 568). In such situation tender is not excused because a taxpayer's petition shows that "the tax rate has not been fixed." *Walker v. Burns,* 220 Ga. 467 (139 SE2d 389).

In view of the foregoing, the judgment overruling the general demurrer to the petition is

*Reversed. All the Justices concur, except Almand, P. J., who is disqualified.*